IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCUS D. MCQUEEN, #177303,      )
                                 )
            Plaintiff,           )
                                 )
    v.                           )        CIVIL ACTION NO. 2:20-cv-380-ECM
                                 )
GROCERY STORE, *et al.*,         )
                                 )
            Defendants.          )

## O R D E R

On July 2, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404(a).

Done this 21st day of July, 2020.

        _____/s/ Emily C. Marks_____
        EMILY C. MARKS
        CHIEF UNITED STATES DISTRICT JUDGE